RICHARD E. AMES *v.* REGIONAL SCHOOL DISTRICT No. 7

The motion by W. Gary Vause on behalf of the Connecticut Association of Boards of Education, Inc., for leave to appear, file a brief and argue as amicus curiae in the appeal from the Court of Common Pleas in Litchfield County is granted to the extent of appearing and of filing a brief.

*W. Gary Vause,* in support of the motion.

Submitted September 21—decided October 3, 1973

THE LAUREL BEACH ASSOCIATION ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF MILFORD ET AL.

The above-entitled motion is continued on the docket of this court pending action by the Court of Common Pleas in New Haven County on the motions therein pending.

*Robert L. Berchem,* in support of the motion.

Submitted September 21—decided October 3, 1973

IRENE SCHWARTZ ET AL. *v.* THE TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN ET AL.
(090560)

MARIO A. SACRAMONE ET AL. *v.* THE TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN ET AL. (090561)

MELINDA DANIELS ET AL. *v.* THE TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN ET AL.
(090562)

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*David Kotkin, James H. Shulman* and *Douglas R. Daniels,* in support of the petition.

Submitted September 26—decided October 3, 1973